IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Maria Isabel Benitez, | ) | |
| | ) | Case No. 15-25354 |
| Debtor. | ) | Honorable Judge Wedoff |

## OBJECTION TO CONFIRMATION OF PLAN

NOW COMES Capital One Auto Finance, by its undersigned attorney with Kropik, Papuga and Shaw, on its Objection to Confirmation of Plan and in support thereof states as follows:

1. Capital One Auto Finance has a security interest in one 2011 Volkswagen Jetta S, VIN 3VW2K7AJ0BM336148, which was perfected by recording its lien on title.

2. Capital One Auto Finance alleges the value set forth in Debtor's plan is unacceptable. The Debtor alleges a value of $9,886.00.

3. Capital One Auto Finance alleges that the vehicle was purchased within 910 days of the petition date and therefore entitled to the petition balance of $11,451.77.

4. Capital One Auto Finance alleges that the Debtor's interest rate of 3.25% is unacceptable. Movant is requesting 5.25% interest.

5. Capital One Auto Finance alleges the monthly set payment is insufficient to pay its claim in full during the plan term.

WHEREFORE, Capital One Auto Finance respectfully requests this Court of entry of an Order denying confirmation and for such other and further relief as the Court deems just.

Respectfully submitted,

/s/ Jennifer M. Rinn
Jennifer M. Rinn

Kropik, Papuga and Shaw
120 S. LaSalle, Ste. 1500
Chicago, IL 60603