# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Maria Isabel Benitez | ) | Chapter 13 |
| | ) | Case No. 15 B 25354 |
| Debtor(s) | ) | Judge Eugene R. Wedoff |

## Notice of Motion

Maria Isabel Benitez  
1033 S. 31st Avenue  
Bellwood, IL 60104

Debtor Attorney: Sulaiman Law Group Ltd  
via Clerk's ECF noticing procedures

On October 05, 2015 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, September 26, 2015.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 07/24/2015.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to resolve the pending objection(s) to the plan.

4. The debtor(s) have failed to commit all disposable income to the plan.

5. The Debtor's two vehicles are not necessary and divert disposable income away from the plan of reorganization.

6. The plan unfairly discriminates against the Debtor's unsecured creditors.

7. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312) 431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE