B6A (Official Form 6A) (12/07)

In re  **Maria Isabel Benitez** _____,    Case No. ___**15-25354**_____
                                        Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |
| | (Report also on Summary of Schedules) | | |

___**0**___ continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re  **Maria Isabel Benitez**                                      Case No.  **15-25354**
                                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **American Family Credit Union**<br><br>**Checking ending in ...** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings including, but not limited to: sofa, television(s), dvd player(s), personal computer and printer, kitchen table and chairs, refrigerator/freezer, freezer, stove/range, microwave, washing machine, clothes dryer, bed(s), dresser(s)/nightstand(s), lamps/accessories** | - | 850.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothes** | - | 250.00 |
| 7. Furs and jewelry. | | **Jewelry including, but not limited to: costume jewelry** | - | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Employer-provided term-life insurance policy** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > (Total of this page) | 1,200.00 |
|---|---|---|

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Maria Isabel Benitez**                                      Case No.   **15-25354**
                                         Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **H&R Block ROTH IRA** | - | 300.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total > (Total of this page) | 300.00 |
|---|---|---:|

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Maria Isabel Benitez**                                                              Case No.   **15-25354**
                                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 Volkswagen Jetta-4 Cly.; Grey; 85,000 Miles; VIN: 4WV2K7AJ0BM336148<br><br>Value according to www.kbb.com (Private Party Value) | - | 5,538.00 |
| | | 2013 Chrysler 200, 95,000 Miles<br><br>Value according to www.kbb.com (Private Party Value) | - | 6,486.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >         12,024.00
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Maria Isabel Benitez**                                                    Case No.    **15-25354**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > (Total of this page) | 0.00 |
| | Total > | 13,524.00 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re    **Maria Isabel Benitez**                                         Case No. ___**15-25354**___
_____
                              Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** <br> **Household goods and furnishings including, but not limited to: sofa, television(s), dvd player(s), personal computer and printer, kitchen table and chairs, refrigerator/freezer, freezer, stove/range, microwave, washing machine, clothes dryer, bed(s), dresser (s)/nightstand(s), lamps/accessories** | **735 ILCS 5/12-1001(b)** | **850.00** | **850.00** |
| **Wearing Apparel** <br> **Clothes** | **735 ILCS 5/12-1001(a)** | **250.00** | **250.00** |
| **Furs and Jewelry** <br> **Jewelry including, but not limited to: costume jewelry** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> **H&R Block ROTH IRA** | **735 ILCS 5/12-704** | **300.00** | **300.00** |

|  |  | Total: | **1,500.00** | **1,500.00** |
|---|---|---|---|---|

___0___   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Maria Isabel Benitez**                                                              Case No.   **15-25354**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx0983 <br><br> **A/R Concepts** <br> **18-3 E Dundee Road** <br> **Barrington, IL 60010** | - | | **Original Creditor: Westchester II** | | | | **75.00** |
| Account No. <br><br> **A/R Concepts** <br> **2320 Dean Street, Suite 202** <br> **Saint Charles, IL 60175** | | | **Additional Notice Sent To:** <br> **A/R Concepts** | | | | **Notice Only** |
| Account No. <br><br> **Westchester** <br> **10300 West Roosevelt** <br> **Westchester, IL 60154** | | | **Additional Notice Sent To:** <br> **A/R Concepts** | | | | **Notice Only** |
| Account No. xxxxxx8062 <br><br> **Affiliated Physician of Elmhurst Hospita** <br> **27535 Network Place** <br> **Chicago, IL 60673** | - | | **Medical or Dental Services** | | | | **10.00** |

| | | |
|---|---|---|
| __13__   continuation sheets attached | Subtotal <br> (Total of this page) | **85.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re     **Maria Isabel Benitez**                                          Case No.     **15-25354**
_____
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx1942<br><br>Alliance One<br>4850 E. Street Rd.<br>Suite 300<br>Trevose, PA 19053 | | | Opened 7/01/14<br><br>Original Creditor: T-Mobile USA Inc. | | | | 834.00 |
| Account No.<br><br>Alliance One<br>4850 Street Rd.<br>Level C<br>Feasterville Trevose, PA 19053 | | | Additional Notice Sent To:<br>Alliance One | | | | Notice Only |
| Account No.<br><br>Alliance One<br>8589 Aero Dr.<br>San Diego, CA 92123 | | | Additional Notice Sent To:<br>Alliance One | | | | Notice Only |
| Account No.<br><br>T-Mobile<br>12929 SE 38th St.<br>Bellevue, WA 98006 | | | Additional Notice Sent To:<br>Alliance One | | | | Notice Only |
| Account No.<br><br>T-Mobile<br>12920 SE 38th St.<br>Bellevue, WA 98006 | | | Additional Notice Sent To:<br>Alliance One | | | | Notice Only |

Sheet no. **1** of **13** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                834.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Maria Isabel Benitez**                                              Case No.    **15-25354**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx2809 | | | Opened 12/01/14  Last Active  4/03/15 | | | | |
| **American General Financial Springleaf Financial/Attn: Bankruptcy De Po Box 3251 Evansville, IN 47731** | - | | Note Loan | | | X | 7,147.00 |
| Account No. | | | | | | | |
| **American General Financial Services PO Box 3251 Evansville, IN 47731** | | | Additional Notice Sent To: American General Financial | | | | Notice Only |
| Account No. | | | | | | | |
| **Springleaf Financial Services Crestwood Center 13608 Cicero Avenue, Suite C Midlothian, IL 60445** | | | Additional Notice Sent To: American General Financial | | | | Notice Only |
| Account No. | | | | | | | |
| **Springleaf Financial Services 600 N Royal Avenue Evansville, IN 47715** | | | Additional Notice Sent To: American General Financial | | | | Notice Only |
| Account No. NA | | | Opened NA | | | | |
| **Americash Loans Po Box 184 Des Plaines, IL 60016** | - | | Installment, Unsecured | | | | 427.94 |

Sheet no. __2__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **7,574.94**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Maria Isabel Benitez**                                           Case No.  **15-25354**
_____,
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **NA**<br><br>**Americash Loans**<br>**Po Box 184**<br>**Des Plaines, IL 60016** | | - | | | Opened NA<br><br>Installment, Unsecured | | | | 332.03 |
| Account No. **xxxxx8581**<br><br>**AT&T UVerse**<br>**Po Box 6416**<br>**Carol Stream, IL 60197** | | - | | | Opened NA<br><br>Services | | | X | 378.19 |
| Account No. **236081681**<br><br>**Credence**<br>**6045 Atlantic Blvd.**<br>**Suite 210**<br>**Norcross, GA 30071** | | | | | Additional Notice Sent To:<br>AT&T UVerse | | | | Notice Only |
| Account No. **6272**<br><br>**Chase ***<br>**ATTN: Bankruptcy Department**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | | | Opened NA<br><br>Revolving, Credit Card | | | X | 1,841.15 |
| Account No.<br><br>**Chase ***<br>**ATTN: Bankruptcy Department**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | - | | | Credit Card Purchases | | | | 2,200.00 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)                 4,751.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **Maria Isabel Benitez**                                                    Case No.    __15-25354__
                                                                        ,
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Comcast** <br>**One Comcast Center** <br>**Philadelphia, PA 19103** | - | | Services | | | | 511.25 |
| Account No. xxxxxx5043 <br><br>**ComEd** <br>**Po Box 6111** <br>**Carol Stream, IL 60197** | - | | Opened NA <br><br>Services | | | | 519.23 |
| Account No. **N/A** <br><br>**Debrina Giles-Ranson** <br>**c/o Grazian & Volpe, P.C.** <br>**5722 W. 63rd St.** <br>**Chicago, IL 60638** | - | | Opened 9/23/16 <br><br>Notice Only | | | | Unknown |
| Account No. xxx9147 <br><br>**Direct TV** <br>**Po Box 69** <br>**Columbus, OH 43216** | - | | Opened NA <br><br>Services | | | | 443.54 |
| Account No. xxxxxxxx1038 <br><br>**Elmhurst Memorial Healthcare** <br>**27535 Network Pl.** <br>**Chicago, IL 60673** | - | | Opened 4/2/2015 <br><br>Medical | | | | 238.29 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,712.31

B6F (Official Form 6F) (12/07) - Cont.

In re    **Maria Isabel Benitez**                                          ,    Case No.    **15-25354**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No. xxxxxx8669** | | | | | Opened 12/7/17 | | | | |
| **Elmhurst Memorial Hospital** **155 E. Brush Hill Rd.** **Elmhurst, IL 60126** | - | | | | Medical | | | | |
| | | | | | | | | | 50.00 |
| **Account No. xxxxxx2036** | | | | | Opened 12/13/17 | | | | |
| **Elmhurst Memorial Hospital** **155 E. Brush Hill Rd.** **Elmhurst, IL 60126** | - | | | | Medical | | | | |
| | | | | | | | | | 30.00 |
| **Account No. xxxxxx5672** | | | | | Opened 12/2/17 | | | | |
| **Elmhurst Memorial Hospital** **155 E. Brush Hill Rd.** **Elmhurst, IL 60126** | - | | | | Medical | | | | |
| | | | | | | | | | 150.00 |
| **Account No. xxxxxxxxxxxx0004** | | | | | Opened 3/01/14 Last Active 6/30/15 | | | | |
| **Fed Loan Servicing** **Po Box 60610** **Harrisburg, PA 17106** | - | | | | Educational | | | | |
| | | | | | | | | | 6,000.00 |
| **Account No.** | | | | | | | | | |
| **Department of Education** **FedLoan Servicing** **PO Box 530210** **Atlanta, GA 30353** | | | | | Additional Notice Sent To: Fed Loan Servicing | | | | **Notice Only** |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,230.00

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Maria Isabel Benitez**                                                                          Case No.    **15-25354**
                                                                    ,
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Department of Education** <br> **FedLoan Servicing** <br> **PO Box 69184** <br> **Harrisburg, PA 17106** | | | **Additional Notice Sent To:** <br> **Fed Loan Servicing** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **FedLoan Servicing** <br> **PO Box 60610** <br> **Harrisburg, PA 17106** | | | **Additional Notice Sent To:** <br> **Fed Loan Servicing** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **FedLoan Servicing** <br> **Department of Education** <br> **PO Box 530210** <br> **Atlanta, GA 30353** | | | **Additional Notice Sent To:** <br> **Fed Loan Servicing** | | | | **Notice Only** |
| Account No. xxxxxxxxxxxxx0002 | | - | **Opened 8/01/11 Last Active 2/13/14** <br> **Educational** | | | | |
| **Fed Loan Servicing** <br> **Po Box 60610** <br> **Harrisburg, PA 17106** | | | | | | | **4,510.00** |
| Account No. xxxxxxxxxxxxx0003 | | - | **Opened 3/01/14 Last Active 6/30/15** <br> **Educational** | | | | |
| **Fed Loan Servicing** <br> **Po Box 60610** <br> **Harrisburg, PA 17106** | | | | | | | **3,500.00** |

Sheet no. __6__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,010.00**

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Maria Isabel Benitez**                                    ,    Case No.    **15-25354**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0001<br><br>**Fed Loan Servicing**<br>Po Box 60610<br>Harrisburg, PA 17106 | | - | Opened  8/01/11  Last Active  2/13/14<br><br>Educational | | | | 3,029.00 |
| Account No. xxxxxxxxxxxx0006<br><br>**Fed Loan Servicing**<br>Po Box 60610<br>Harrisburg, PA 17106 | | - | Opened  9/01/14  Last Active  6/30/15<br><br>Installment, Educational | | | | 3,000.00 |
| Account No. xxxxxxxxxxxx0005<br><br>**Fed Loan Servicing**<br>Po Box 60610<br>Harrisburg, PA 17106 | | - | Opened  9/01/14  Last Active  6/30/15<br><br>Installment, Educational | | | | 1,750.00 |
| Account No. **NA**<br><br>**Geva Yarbar**<br>c/o Grazian & Volpe, P.C.<br>5722 W. 63rd St.<br>Chicago, IL 60638 | | - | Opened 9/23/16<br><br>Notice Only | | | | Unknown |
| Account No. **NA**<br><br>**Grafton Yarbar**<br>c/o Grazian & Volpe, P.C.<br>5722 W. 63rd St.<br>Chicago, IL 60638 | | - | Opened 9/23/16<br><br>Notice Only | | | | Unknown |

Sheet no. __7__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    7,779.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Maria Isabel Benitez**                                                    Case No.    **15-25354**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxx9135  <br><br> Illinois Tollway Authority <br> Po Box 5544 <br> Chicago, IL 60680-5544 | - | | | Opened NA <br><br> Fines | | | | 387.80 |
| Account No. xxxxxxx7028  <br><br> Illinois Tollway Authority <br> Po Box 5544 <br> Chicago, IL 60680-5544 | - | | | Opened NA <br><br> Fines | | | X | 501.70 |
| Account No. xxxxxxx7816  <br><br> Illinois Tollway Authority <br> Po Box 5544 <br> Chicago, IL 60680-5544 | - | | | Opened NA <br><br> Fines | | | X | 259.60 |
| Account No. xxxxx2634  <br><br> Linebarger Goggan Blair & Sampson <br> Po Box 06152 <br> Chicago, IL 60606 | - | | | Opened 6/10/17 <br><br> Original Creditor: City of Chicago | | | | 732.00 |
| Account No. xxxxxxxxxxxxx4484  <br><br> MCSI Inc <br> Po Box 327 <br> Palos Heights, IL 60463 | - | | | Original Creditor: Village of Bellwood | | | | 250.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,131.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Maria Isabel Benitez**                                                    Case No.   **15-25354**
_____                          _____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxx5543 | | | Original Creditor: Village of Bellwood | | | | |
| MCSI Inc<br>Po Box 327<br>Palos Heights, IL 60463 | - | | | | | | 250.00 |
| Account No. xxxxxxxxxxxxx8054 | | | Original Creditor: Village of Bellwood | | | | |
| MCSI Inc<br>Po Box 327<br>Palos Heights, IL 60463 | - | | | | | | 250.00 |
| Account No. xxxxxxxxxxxxx1404 | | | Original Creditor: Village of Bellwood | | | | |
| MCSI Inc<br>Po Box 327<br>Palos Heights, IL 60463 | - | | | | | | 250.00 |
| Account No. xxxxxxxxxxxxx0027 | | | Original Creditor: Village of Bellwood | | | | |
| MCSI Inc<br>Po Box 327<br>Palos Heights, IL 60463 | - | | | | | | 250.00 |
| Account No. xxxxxxxxxxxxx2964 | | | Original Creditor: Village of Bellwood | | | | |
| MCSI Inc<br>Po Box 327<br>Palos Heights, IL 60463 | - | | | | | | 200.00 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              1,200.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Maria Isabel Benitez**                                          Case No.    **15-25354**
_____,
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | W J C | | | | | |
| Account No. xxxxxxxxxxxxx8867 <br><br> **MCSI Inc** <br> **Po Box 327** <br> **Palos Heights, IL 60463** | - | | | Original Creditor: Village Of Stone Park | | | | **200.00** |
| Account No. <br><br> **Village of Stone Park** <br> **1629 N. Mannheim Road** <br> **Stone Park, IL 60165** | | | | Additional Notice Sent To: <br> MCSI Inc | | | | **Notice Only** |
| Account No. xxxxxxxxxxxxx1149 <br><br> **MCSI Inc** <br> **Po Box 327** <br> **Palos Heights, IL 60463** | - | | | Original Creditor: Village of Bellwood | | | | **150.00** |
| Account No. xxxxxxxxxxxxx1163 <br><br> **MCSI Inc** <br> **Po Box 327** <br> **Palos Heights, IL 60463** | - | | | Original Creditor: Village of Bellwood | | | | **150.00** |
| Account No. xxxxxxxxxxxxx9493 <br><br> **MCSI Inc** <br> **Po Box 327** <br> **Palos Heights, IL 60463** | - | | | Original Creditor: Village of Bellwood | | | | **115.00** |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **615.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Maria Isabel Benitez**                                                    Case No.    **15-25354**
_____,
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx2935<br><br>NCC<br>815 Commerce Dr.<br>Suite 270<br>Oak Brook, IL 60523 | - | | | | Opened NA<br><br>Original Creditor: DuPage Medical Group | | | | 60.00 |
| Account No. xx-xx-xx-x646 7<br><br>Nicor Gas<br>Po Box 5407<br>Carol Stream, IL 60197 | - | | | | Opened NA<br><br>Services | | | | 722.78 |
| Account No.<br><br>Sprint<br>Attn:  Bankruptcy Department<br>PO Box 7949<br>Overland Park, KS 66207-0949 | - | | | | Services | | | | 546.49 |
| Account No. NA<br><br>T-Mobile<br>c/o American Infosource LP<br>Po Box 248838<br>Oklahoma City, OK 73124-8838 | - | | | | Opened NA<br><br>Services | | | | 501.83 |
| Account No. xxxxx-xx1555<br><br>The Village of Lombard<br>Parking Enforcement<br>235 E. Wilson Ave<br>Lombard, IL 60148 | - | | | | Parking Violation | | | | 75.00 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,906.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **Maria Isabel Benitez** _____,   Case No.   **15-25354** _____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxx8067 | | | | | Opened NA | | | | |
| US Cellular Dept. 0203 Palatine, IL 60055 | - | | | | Services | | | X | 1,347.35 |
| Account No. | | | | | Additional Notice Sent To: US Cellular | | | | Notice Only |
| Debt Recovery Solutions 900 Merchants Concourse Suite LL-11 Westbury, NY 11590 | | | | | | | | | |
| Account No. | | | | | Student Loans | | | | |
| Verizon Wireless 1 Verizon Place Alpharetta, GA 30004 | - | | | | | | | | 1,178.13 |
| Account No. xxxx9308 | | | | | Opened 12/27/17 | | | | |
| Village of Bellwood 3200 Washington Blvd. Bellwood, IL 60104 | - | | | | Violation | | | | 1,000.00 |
| Account No. xxxxx-xx1555 | | | | | Opened 10/4/17 | | | | |
| Village of Lombard Parking Enforcement 2335 E. Wilson Ave. Lombard, IL 60148 | - | | | | Violation | | | | 75.00 |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,600.48**

B6F (Official Form 6F) (12/07) - Cont.

In re __Maria Isabel Benitez_____,    Case No. ___15-25354_____
                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx0489 | | | | Opened 10/1/17 | | | | |
| **Village of Oak Park Citations** Po Box 4563 Carol Stream, IL 60197 | - | | | Violation | | | | 110.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. _13_ of _13_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 110.00 |
| Total (Report on Summary of Schedules) | 46,539.30 |

Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Maria Isabel Benitez |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 15-25354 |

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status* | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | Accounting Coordinator | |
| | Employer's name | ASGE | |
| | Employer's address | 3300 Woodcreek Drive<br>Downers Grove, IL 60515 | |
| | How long employed there? | 1 Year 3 Months | |

*See Attachment for Additional Employment Information

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 3,637.10 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 3,637.10 | $ N/A |

Debtor 1  **Maria Isabel Benitez**                          Case number *(if known)*  **15-25354**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | **3,637.10** | $ **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ **556.99** | $ **N/A** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ **0.00** | $ **N/A** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ **0.00** | $ **N/A** |
| 5d. | Required repayments of retirement fund loans | 5d. | $ **0.00** | $ **N/A** |
| 5e. | Insurance | 5e. | $ **413.53** | $ **N/A** |
| 5f. | Domestic support obligations | 5f. | $ **0.00** | $ **N/A** |
| 5g. | Union dues | 5g. | $ **0.00** | $ **N/A** |
| 5h. | Other deductions. Specify: | 5h.+ | $ **0.00** + | $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.   $ **970.52**   $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.   $ **2,666.58**   $ **N/A**

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **N/A** |
| 8b. | Interest and dividends | 8b. | $ **0.00** | $ **N/A** |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **600.00** | $ **N/A** |
| 8d. | Unemployment compensation | 8d. | $ **0.00** | $ **N/A** |
| 8e. | Social Security | 8e. | $ **0.00** | $ **N/A** |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **N/A** |
| 8g. | Pension or retirement income | 8g. | $ **0.00** | $ **N/A** |
| 8h. | Other monthly income. Specify:  **Brother's contribution to rent** | 8h.+ | $ **250.00** + | $ **N/A** |
| | **Walmart** | | $ **350.00** | |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.   $ **1,200.00**   $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.    10.   $ **3,866.58** + $ **N/A** = $ **3,866.58**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:    11.   +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related Data, if it applies    12.   $ **3,866.58**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■  No.
☐  Yes. Explain:

Debtor 1   **Maria Isabel Benitez**                                          Case number (*if known*)   **15-25354**

## Official Form B 6I
## Attachment for Additional Employment Information

| Debtor | | |
|---|---|---|
| Occupation | | |
| Name of Employer | **Walmart Stores Inc** | |
| How long employed | **1 week** | |
| Address of Employer | **702 SW 8th Street 6487 Bentonville, AR 72716** | |

**Fill in this information to identify your case:**

Debtor 1 **Maria Isabel Benitez**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number **15-25354**
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                          12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 7 | ☐ No  ■ Yes |
| Daughter | 16 | ☐ No  ■ Yes |
| Daughter | 17 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

| | | |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,000.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 45.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

Debtor 1  **Maria Isabel Benitez** _____   Case number (if known)  **15-25354** _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 300.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 150.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 225.00 |
| | 6d. | Other. Specify: _____ | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 600.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 240.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 100.00 |
| 10. | **Personal care products and services** | | 10. | $ | 25.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 15.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 240.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 25.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 0.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 200.00 |
| | 15d. | Other insurance. Specify: _____ | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: _____ | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: _____ | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: _____ | | 21. | +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. | $ | 3,165.00 |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 3,866.58 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | -$ | 3,165.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 701.58 |

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Maria Isabel Benitez** _____   Case No.   **15-25354** _____

                                    Debtor(s)         Chapter   **7** _____

<br>

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

<br>

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting
of   **0**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

<br>

Date   **March  6, 2018** _____        Signature   _Maria Benitez_ _____
                                                    **Maria Isabel Benitez**
                                                    Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                    18 U.S.C. §§  152 and 3571.