**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Maria Isabel Benitez** | Social Security number or ITIN **xxx–xx–3296** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **15–25354**

# Order of Discharge         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maria Isabel Benitez
fka Maria Isabel Delgadillo

July 16, 2018                                           **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                              United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 15-25354-DLT
Maria Isabel Benitez                                                    Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2            Date Rcvd: Jul 16, 2018
                              Form ID: 318             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
```
db             +Maria Isabel Benitez,    1033 S. 31st Avenue,    Bellwood, IL 60104-2447
23528588       +A/R Concepts,    18-3 E Dundee Road,    Barrington, IL 60010-5275
23528598       +AT& UVerse,    PO Box 6416,    Carol Stream, IL 60197-6416
23528592        Alliance One,    8589 Aero Drive,    San Diego, CA 92123
23528600       +Capital One Auto Finance,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
26608993       +Debrina Giles-Ranson,    c/o Grazian & Volpe, P.C.,    5722 W. 63rd St.,    Chicago, IL 60638-5508
23528605       +Department of Education,    FedLoan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
23528604       +Department of Education,    FedLoan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
26608994        Direct TV,    PO Box 69,    Columbus, OH 43216
23528606       +Elmhurst Memorial Healthcare,    27535 Network Place,    Chicago, IL 60673-1275
23528607       +Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309-2468
23528608       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
23528609       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
23528610       +FedLoan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
23528611       +FedLoan Servicing,    Department of Education,    PO Box 530210,    Atlanta, GA 30353-0210
23528612       +Illinois Tollway Authority,    PO Box 5544,    Chicago, IL 60680-5491
23528614       +MCSI Inc,    7330 College Drive, Suite 108,    Palos Heights, IL 60463-1186
23528613       +MCSI Inc,    Po Box 327,    Palos Heights, IL 60463-0327
23528619        Trans Union LLC,    P.O. Box 2000,    Chester, PA 19016-2000
23826652        U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA  17106-9184
23528621       +Village of Bellwood,    3200 Washington Boulevard,    Bellwood, IL 60104-1984
23528622       +Village of Stone Park,    1629 N. Mannheim Road,    Stone Park, IL 60165-1184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QSRRADTKE.COM Jul 17 2018 04:38:00      Steven R Radtke,    Chill, Chill & Radtke PC,
                 79 W Monroe Street Suite 1305,    Chicago, IL 60603-4925
23528589       +E-mail/Text: KM@ARCONCEPTSINC.COM Jul 17 2018 00:56:56      A/R Concepts,
                 2320 Dean Street, Suite 202,    Saint Charles, IL 60175-1068
23528590       +EDI: ALLIANCEONE.COM Jul 17 2018 04:38:00      Alliance One,    4850 E Street Road, Suite 300,
                 Trevose, PA 19053-6643
23528591       +EDI: ALLIANCEONE.COM Jul 17 2018 04:38:00      Alliance One,    4850 Street Road, Level C,
                 Feasterville Trevose, PA 19053-6643
23570244        EDI: GMACFS.COM Jul 17 2018 04:38:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
23528595        EDI: GMACFS.COM Jul 17 2018 04:38:00      Ally Financial,    PO Box 9001951,
                 Louisville, KY 40290-1951
23528594       +EDI: GMACFS.COM Jul 17 2018 04:38:00      Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
23528593       +EDI: GMACFS.COM Jul 17 2018 04:38:00      Ally Financial,    200 Renaissance Center,
                 Detroit, MI 48243-1300
23851181       +E-mail/Text: cashnotices@gmail.com Jul 17 2018 00:56:26      AmeriCash Loans, L.L.C.,
                 P.O. Box 184,    Des Plaines, IL 60016-0003
23573629        EDI: AIS.COM Jul 17 2018 04:38:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
23545138       +EDI: AISACG.COM Jul 17 2018 04:38:00      Ascension Capital Group,
                 attn: Capital One Auto Finance,    a division of Capital One, N.A. Dept.,    P.O. Box 201347,
                 Arlington, TX 76006-1347
23851180       +E-mail/Text: opportunitynotices@gmail.com Jul 17 2018 00:56:10      Brandon S. Lefkowitz,
                 24100 Southfield Road,    Suite 203,    Southfield, MI 48075,    Southfield, MI 48075-2851
23528599       +EDI: CAPONEAUTO.COM Jul 17 2018 04:38:00      Capital One Auto Finance,    3905 N Dallas Parkway,
                 Plano, TX 75093-7892
23618209       +EDI: AISACG.COM Jul 17 2018 04:38:00      Capital One Auto Finance c/o AIS Portfolio,
                 Services, LP f/k/a AIS Data Services,    d/b/a Ascension Capital Group,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
23543435       +EDI: AISACG.COM Jul 17 2018 04:38:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 201347,    Arlington, TX 76006-1347
23528601       +EDI: CHASE.COM Jul 17 2018 04:38:00      Chase *,    ATTN: Bankruptcy Department,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
26608988       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Jul 17 2018 00:56:23       ComEd,    PO Box 6111,
                 Carol Stream, IL 60197-6111
26608987       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jul 17 2018 00:56:15       Comcast,
                 One Comcast Center,    Philadelphia, PA 19103-2899
23528602       +E-mail/Text: bankruptcy@credencerm.com Jul 17 2018 00:56:32      Credence,
                 6045 Atlantic Blvd., Suite 210,    Norcross, GA 30071-1322
23711469       +EDI: ATTWIREBK.COM Jul 17 2018 04:38:00      Illinois Bell Telephone Company,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
25700158        EDI: PRA.COM Jul 17 2018 04:38:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
23528596        EDI: AGFINANCE.COM Jul 17 2018 04:38:00      American General Financial,
                 Springleaf Financial/Attn: Bankruptcy De,    Po Box 3251,    Evansville, IN 47731
23528597        EDI: AGFINANCE.COM Jul 17 2018 04:38:00      American General Financial Services,    PO Box 3251,
                 Evansville, IN 47731
```

```
District/off: 0752-1          User: admin              Page 2 of 2                  Date Rcvd: Jul 16, 2018
                              Form ID: 318             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
23569445       EDI: AGFINANCE.COM Jul 17 2018 04:38:00      SPRINGLEAF FINANCIAL SERVICES,   PO BOX 3251,
               EVANSVILLE, IN 47731
23528616       EDI: AGFINANCE.COM Jul 17 2018 04:38:00      Springleaf Financial Services,   600 N Royal Avenue,
               Evansville, IN 47715
23528615       EDI: AGFINANCE.COM Jul 17 2018 04:38:00      Springleaf Financial Services,   Crestwood Center,
               13608 Cicero Avenue, Suite C,   Midlothian, IL 60445
23528618       EDI: AISTMBL.COM Jul 17 2018 04:38:00      T-Mobile,   12920 SE 38th Street,
               Bellevue, WA 98006
23528617       EDI: AISTMBL.COM Jul 17 2018 04:38:00      T-Mobile,   12929 SE 38th Street,
               Bellevue, WA 98006
23528620      +EDI: USCELLULAR.COM Jul 17 2018 04:38:00      US Cellular,   DEPT. 0203,
               Palatine, IL 60055-0001
23528623      +E-mail/Text: jspencer@westchester-il.org Jul 17 2018 00:56:30      Westchester,
               10300 West Roosevelt,   Westchester, IL 60154-2596
                                                                                               TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25802478*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   PO BOX 41067,
               Norfolk, VA 23541)
23528603     ##+Debt Recovery Solutions,   900 Merchants Concourse, Suite LL-11,   Westbury, NY 11590-5121
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:

```
              James M Philbrick    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
               jmphilbrick@att.net
              Jennifer M Rinn    on behalf of Creditor    Capital One Auto Finance Jennifer@rinnrichmanlaw.com
              Joseph S Davidson    on behalf of Debtor 1 Maria Isabel Benitez jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Penelope N Bach    on behalf of Debtor 1 Maria Isabel Benitez pnbach@bachoffices.com,
               ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
               wan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpres
               s.info
              Steven R Radtke    sradtke@chillchillradtke.com,    sradtke@ecf.epiqsystems.com
                                                                                              TOTAL: 6
```